In the Matter of the Claim of JENNIE MORRISSEY, Appellant, against UNITED STATES TRUCKING CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of GEORGE H. LAYNES, Respondent, against JAMES N. JARVIE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EMMA RUSSELL, Respondent, against 231 LEXINGTON AVENUE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARGARET McMAHON and Others, Respondents, against JOHN GRETZULA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See 227 App. Div. 256.]

In the Matter of the Claim of BERTHA MICKA, Respondent, against SCHROEDER ICE COMPANY, and MUTUAL CASUALTY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.